





BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DONNA MARIE WEBBER,

Defendant.

2:11-CR-00512-DAD

Stipulation and [~~proposed~~] DAD Order to Continue Jury Trial

Date: April 3, 2012
Time: 10:00 a.m.
Judge: Hon. Dale A. Drozd

It is hereby stipulated and agreed between the United States and the defendant by and through their respective counsel that the previously scheduled jury trial set for April 16, 2012 be continued to June 18, 2012 at 10:00 a.m. In addition, it is hereby stipulated and agreed that the previously scheduled trial confirmation hearing set for April 3, 2012 be continued to June 5, 2012 at 10:00 a.m. Further time is required for defense counsel to prepare a defense and consult with their client. Accordingly, the parties jointly request that the Court exclude time under

//

//

//

local codes I and T4 until June 5, 2012, and make a finding that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 2, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/Nick Fogg
NICHOLAS M. FOGG
Special Assistant U.S. Attorney

DATED: April 2, 2012

DANIEL J. BRODERICK
Federal Defender

DATED: April 2, 2012

By: /s/ Linda Harter (as authorized 04/02/2012)
LINDA HARTER
Attorney for Defendant

~~[P R O P O S E D]~~ DAD O R D E R

IT IS SO ORDERED:

DATED: April 2, 2012

Dale A. Drozd

HON. DALE A. DROZD
United States Magistrate Judge