BENJAMIN B. WAGNER
United States Attorney
ALEX LOZADA
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-00512-DAD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE JURY TRIAL** |
| v. | |
| DONNA MARIE WEBBER, | DATE: June 5, 2012 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

It is hereby stipulated and agreed between the United States and the defendant, by and through their respective counsel, that the previously scheduled Jury Trial set for June 18, 2012, be continued to August 6, 2012, at 10:00 a.m.  In addition, it is hereby stipulated and agreed that the previously scheduled Trial Confirmation Hearing set for June 5, 2012, be continued to July 17, 2012, at 10:00 a.m.  Further time is required for defense counsel to prepare a defense and consult with their client.  Accordingly, the parties jointly request that the Court exclude time under Local Code T4 from the signing of this order until July 17, 2012, and make a finding that the ends of justice served by granting such a

Stip. and [Proposed] Order                    1

1  continuance outweigh the best interests of the public and the
2  defendant in a speedy trial.
3
4  Dated:   May 18, 2012              Respectfully submitted,
5
6                                     BENJAMIN B. WAGNER
                                      United States Attorney
7
8                                     __/s/ Alex Lozada_____
                                      ALEX LOZADA
9                                     Special Assistant U.S. Attorney
10
   Dated:   May 18, 2012              DANIEL J. BRODERICK
11                                    Federal Defender
12
13                                     /s/ Linda Harter (as authorized
                                      on 05/18/2012)      _____
14                                    LINDA HARTER
                                      Assistant Federal Defender
15
16                                 ORDER
17
18 IT IS SO ORDERED.
   Dated: May 21, 2012
19
20
                                      _____
21                                    DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE
22
23 Dad1.crim

24 Weber0512.stipo.pdf

25
26
27
28

Stip. and [Proposed] Order                 2