BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 2:11-CR-00512-DAD |
| ) | | |
| Plaintiff, ) | | Stipulation and Order to Set |
| ) | | Restitution and Vacate Status |
| v. ) | | Conference |
| ) | | |
| DONNA MARIE WEBER, aka ) | | Date:  December 4, 2012 |
| DONNA MARIE WEBBER, ) | | Time:  10:00 a.m. |
| ) | | Judge:  Hon. Dale A. Drozd |
| Defendant. ) | | |

The Superceding Information charged the defendant Donna Marie Weber with five counts of Theft of Government Property, in violation of Title 18, United States Code, Section 641.  On July 17, 2012, the defendant pleaded guilty to each of the five counts set forth in the Superceding Information. On October 2, 2012, the Court sentenced the defendant to a three-year term of court probation, five $25 special assessments (one for each of five counts) for a total of $125.00, and an amount of restitution to be determined at a status hearing set for December 4, 2012.  The parties have discussed the proper amount of restitution, and agree that the proper restitution amount is $2,215.20.

1

It is hereby stipulated and agreed between the United States and the defendant by and through their respective counsel that the amount of restitution should be set at $2,215.20.  The parties request the Court issue an Amended Judgment in a Criminal Case (AO 245C) with this restitution amount.  The parties further request that the Court vacate the status conference currently set for December 4, 2012 at 10:00 a.m.

DATED: November 29, 2012          BENJAMIN B. WAGNER
                                  United States Attorney


                                  By:  /s/ Jeffrey A. Spivak
                                  JEFFREY A. SPIVAK
                                  Special Assistant U.S. Attorney


DATED: November 29, 2012          DANIEL J. BRODERICK
                                  Federal Defender


                                       (as authorized)
                                  By:_____
                                  LINDA HARTER
                                  Attorney for Defendant


                       O R D E R

IT IS SO ORDERED:

DATED: November 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
webber0512.stipord.set.restitution.wpd

2